1024

[No. 31784-2-II. Division Two. January 25, 2005.]

RANDY BOSS, *Appellant*, v. PENINSULA SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-06237-9, Beverly Grant, J., entered May 24, 2004. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 31959-4-II. Division Two. January 25, 2005.]

TAPPS BREWING COMPANY, INC., *Plaintiffs*, v. DANIEL McCLUNG, ET AL., *Appellants*, THE CITY OF SUMNER, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-06522-8, Thomas Felnagle and Terry D. Sebring, JJ., entered December 2, 2002. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 21637-3-III. Division Three. January 25, 2005.]

KIRK L. WHITCOMBE, ET AL., *Appellants*, v. GEORGE TWISS, *as Executive Director*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 01-2-00065-1, Jack Burchard, J., entered November 1, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 22277-2-III. Division Three. January 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY DEAN RONNE-STOMBAUGH, *Appellant*.

Appeal from judgments of the Superior Court for Benton County, No. 02-1-01007-9, Craig J. Matheson and Robert G. Swisher, JJ., entered August 1 and November 21, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Brown, J.